UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MOHAMED ALSHEREF,

    Petitioner,

v.                                                            No. 1:25-CV-190-H

KRISTI NOEM, et al.,

    Respondents.

### ORDER

The Court, having reviewed the docket, notes that Christopher Godshall-Bennett and Eric Lee are not admitted to practice in the Northern District of Texas. Godshall-Bennett and Lee are ordered to submit an application for admission pro hac vice by October 8, 2025 should they seek to continue representing Mohamed Alsheref in this action.

So ordered on September 14, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE