FUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MOHAMED ALSHEREF, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Respondents. | No. 1:25-CV-190-H |

## JUDGMENT

For the reasons stated in the Court's order (Dkt. No. 21), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is dismissed with prejudice. The petitioner's withdrawn motion for a temporary restraining order and preliminary injunction (Dkt. No. 3) is denied as moot.

The Clerk of the Court is directed to close the case.

So ordered on December 3, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE